IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRYAN ANTHONY YOUNG, )
    Petitioner, ) Civil Action No. 7:05-CV-00593
)
v. ) **FINAL ORDER**
)
UNITED STATES OF AMERICA, ) By: Glen E. Conrad
    Respondent. ) United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 31st day of January, 2006.

                                            /s/ Glen E. Conrad
                                       United States District Judge